UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA LOYD ,

        Plaintiff,

vs.

Case No. 12-12567
HON. GERSHWIN A. DRAIN

ST. JOSEPH MERCY OAKLAND/
TRINITY HEALTH SJMO PUBLIC
SAFETY DEPARTMENT, *et al.*,

        Defendants.

_____/

## **JUDGMENT**

It is ordered and adjudged that pursuant to this Court's Order entered on this date, judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated at Detroit, Michigan this 9th day of September, 2013.

DAVID J. WEAVER
CLERK OF THE COURT

BY: T. Bankston