# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 07, 2014

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

      Re: Case No. 13-2335, *Anita Loyd v. Saint Joseph Mercy Oakland, et al*
           Originating Case No. : 4:12-cv-12567

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                          Sincerely yours,

                          s/Cheryl Borkowski
                          Case Manager
                          Direct Dial No. 513-564-7035

cc: Mr. Daniel J. Bretz
     Mr. Joseph T. Ozormoor
     Ms. Anne-Marie V. Welch

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 13-2335

_____

Filed: October 07, 2014

ANITA LOYD

       Plaintiff - Appellant

v.

SAINT JOSEPH MERCY OAKLAND HOSPITAL/TRINITY HEALTH; SJMO PUBLIC SAFTEY DEPARTMENT; RYAN HERNANDEZ, SJMO HR Officer ; STEPHEN KAZIMER, Security Supervisor; GREG WILLIAMS; MARK BOTT, SJMO ER Staff Nurse; DAVE SIKORSKI, SJMO Safety Officer
, Individually and in their official capacities

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/10/2014 the mandate for this case hereby issues today.

COSTS: None